**Richard J. GEISNER, Plaintiff–Appellant,**

v.

**W. TROVILLION, Judge, Isadore S. Tarantino, M.D., Barry Joseph, M.D., Paul L. Woody, M.D., James E. Shultz, M.D., Thomas Flanagan, M.D., J. Peck, M.D., Thomas S. Krasner, Glenn M. Mitchell, Hartford Accident and Indemnity Company, Scripps Encinitas Hospital, and Langley Corporation, Defendants–Appellees.**

No. 02–1275.

United States Court of Appeals, Federal Circuit.

June 3, 2002.

ORDER

On May 10, 2002, the court issued an order regarding the transfer of this appeal to the United States Court of Appeals for the Ninth Circuit. The parties have failed to file objections within the time allowed by that order.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is hereby transferred.

(2) Each side shall bear its own costs.

**Terry METZENBAUM, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 01–3370.

United States Court of Appeals, Federal Circuit.

June 5, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).